NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EMERGENCY MEDICAL ASSOCIATES )
OF TAMPA BAY, L.L.C. and )
EMERGENCY MEDICAL ASSOCIATES )
OF FLORIDA, L.L.C., )
  )
     Petitioners, )
  )
v. )     Case No. 2D18-1511
  )
JACQUES CORTES-GASCOT; )
SHRINATH S. KAMAT, M.D., P.A. d/b/a )
BAY AREA NEUROLOGY ASSOCIATES; )
SHRINATH SHESHGIRI KAMAT, M.D.; )
BAYCARE HEALTH SYSTEM, INC., d/b/a )
ST. JOSEPH'S HOSPITAL, INC.; )
PAMELA B. WILSON, M.D.; DANIEL H. )
HOPKINS, D.O.; BHAVIK PATEL, M.D.; )
COGENT HEALTHCARE OF )
PENSACOLA, L.L.C.; and COGENT )
HEALTHCARE, INC., )
  )
     Respondents. )
  )
_____ )

Opinion filed November 9, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Rex M.
Barbas, Judge.

Lisa L. Cullaro and Carl A. Goldman of
Lamb, Goldman & Cullaro, P.A. (withdrew
after briefing); H. Hamilton Rice, III, of
Bush, Graziano, Rice & Platter, P.A.,
Tampa; and Daniel A. Martinez, and

Inguna Varslavane-Callahan of Martinez Denbo LLC, St. Petersburg (substituted as counsel of record), for Petitioners.

Daniel Mahfood, Bryan S. Gowdy, and Meredith A. Ross of Creed & Gowdy, P.A., Jacksonville, for Respondent Jacques Cortes-Gascot.

No appearance for remaining Appellees.

PER CURIAM.

Dismissed.

CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.